UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LISA MELLERS, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 3:17-CV-03143-N |
| v. | § § | JURY TRIAL DEMANDED |
| BRIDGEFARMER AND ASSOCIATES, INC. and MOHAMMAD MANSOOR AHSAN, | § § § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

1.   On this  day came to be considered  Plaintiff's Motion to Dismiss in the above-styled and - numbered cause, as to the Defendants, Bridgefarmer and Associates Inc. and Mohammad Mansoor Ahsan.

2.   The Court finds the parties have resolved this matter, and Plaintiff no longer wishes to prosecute its claims against these Defendants.

3.   IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against the Defendants, Bridgefarmer and Associates Inc. and Mohammad Mansoor Ahsan are hereby dismissed with prejudice and all costs of court be taxed against the party incurring the same.

SIGNED this 19th day of January, 2018.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE